**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>$30,800 in U.S. Currency,<br><br>Defendant,<br><br>Erik White,<br><br>Claimant. | Case No. 23-CV-2256 (SRN/DTS)<br><br>**ORDER** |

Jordan Michael Juenger and Lucas B. Draisey, U.S. Attorney's Office, 300 South 4th St., Ste. 600, Minneapolis, MN 55415, Counsel for Government.

Edward Johnson, Edward Johnson & Associates, P.C., 1945 S. Halsted St., Pilsen East Center, Ste. 309, Chicago, IL 60608, and Joshua P. Johnson, Josh Johnson, Attorney at Law, 310 4th Avenue S, Ste. 7000, Minneapolis, MN 55415, Counsel for Defendant.

---

SUSAN RICHARD NELSON, United States District Judge

Pending before the Court is the Motion for Judgment filed by Claimant Erik White [Doc. No. 25]. The Motion for Judgment [Doc. No. 25] is **DENIED**, with a more detailed order to follow.

Dated: September 30, 2026

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge